FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
Jacob J. Cranston (No. 028263)
2394 East Camelback Road
Suite 600
Phoenix, AZ  85016
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com
Email:  jcranston@fclaw.com

Attorneys for Plaintiff
Supermarket Energy Technologies, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Supermarket Energy Technologies, LLC, an Arizona entity,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>Supermarket Energy Solutions, Inc., a Minnesota corporation,<br><br>   Defendant/Counter-Claimant. | No. 2:10-cv-02288 PHX SMM<br><br>**NOTICE OF SERVICE OF EXPERT'S REPORT** |

On June 17, 2013, Plaintiff/Counterdefendant Supermarket Energy Technologies, LLC, by undersigned counsel, served on Defendant/Counterclaimant via email the Expert Report of Bryce Cook with accompanying attachments.

DATED this 17th day of June, 2013.

FENNEMORE CRAIG, P.C.


By  *s/Jacob J. Cranston*
   Ray K. Harris
   Jacob J. Cranston
   Attorneys for Plaintiff
   Supermarket Energy Technologies

FENNEMORE CRAIG, P.C.
PHOENIX

8253429.1/029250.0001

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2013, I electronically transmitted the attached document to the Clerk Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/EMF registrants:

Albert L. Underhill
Underhill Law Office, P.L.L.C.
7907 North 16th Drive
Phoenix, AZ  85021

*s/Melody Tolliver*

FENNEMORE CRAIG, P.C.
PHOENIX

8253429.1/029250.0001

- 2 -