**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Supermarket Energy Technologies, LLC, ) | No. CV-10-2288-PHX-SMM |
|         Plaintiff/Counter-Defendant, ) | |
| v. ) | **ORDER** |
| Supermarket Energy Solutions, Inc., ) | |
|         Defendant/Counter-Claimant. ) | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 111.) Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims with all parties to bear their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** vacating the telephonic status conference set for **Tuesday, July 1, 2014, at 2:00 p.m**.

DATED this 16th day of June, 2014.

Stephen M. McNamee
Senior United States District Judge